UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:20-cv-00163

**Octavia Thomas,**
*Plaintiff,*

v.

**Longview Police Department Code Team,**
*Defendant.*

Before BARKER, *District Judge*

### ORDER

On March 30, 2020, plaintiff Octavia Thomas, proceeding pro se and in forma pauperis, filed this civil rights lawsuit pursuant to 42 U.S.C. § 1983. The case was referred to United States Magistrate Judge K. Nicole Mitchell.

On April 14, 2020, Judge Mitchell instructed plaintiff to file an initial partial filing fee (Doc. 6). Plaintiff failed to do so. Judge Mitchell then entered a report and recommendation that plaintiff's case be dismissed without prejudice for failure to prosecute and failure to obey an order. (Doc. 8). Plaintiff filed no objections.

When no party objects to a magistrate judge's report and recommendation within 14 days of service, the district court "need only satisfy itself that there is no clear error on the face of the record." *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Here, there is no clear error. Accordingly, the complaint is **dismissed without prejudice** for failure to prosecute and for failure to comply with a court order. All motions not previously ruled on are **denied**. The clerk of court is **directed** to close this case.

*So ordered by the court on June 30, 2020.*

_____
J. CAMPBELL BARKER
United States District Judge